UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ORIENTAL BANK AND TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V "BIBI," her engines, tackle, furniture, apparel, appurtenances, tools, pumps, radar, electronic accessories, etc. in rem; JOSÉ M. DEL RIO JIMÉNEZ and LUZ I. VÉLEZ ESTRADA, in personam,<br><br>    Defendants. | CIVIL NO. 09-2240 (DRD)<br><br>IN ADMIRALTY<br><br>IN REM and IN PERSONAM |

**ORDER PERMITTING VESSEL TO BE MOVED**

Plaintiff has moved for an order, Docket No. 26, to move the defendant vessel M/V "BIBI", a 30' Monterrey yacht, Official No. 1108488, Hull Identification No. RGFC0243L001, and her engines, machinery, bowsprits, boats, anchors, cables, rigging, tackle, apparel, furniture, tools, pumps, radar, electronic accessories, etc. and the issuance of an order appointing Edwin Ivan Alicea de Jesus as substitute custodian for the vessel upon arrest), to move the vessel, by trailer, from Carr. # 3, Km. 20.3, at Canóvanas, Puerto Rico 00729 to Villa Marina, Carr. # 987, Km. 1.3, Jardinera, Fajardo, Puerto Rico 00738.

Upon consideration of the plaintiff's motion, the same will be and hereby is GRANTED. The plaintiff is hereby authorized to have the substitute custodian, Mr. Elías Díaz to move the M/V "BIBI," by trailer, from Carr. # 3, Km. 20.3, at Canóvanas, Puerto Rico 00729 to Villa Marina, Carr. # 987, Km. 1.3, Jardinera, Fajardo, Puerto Rico 00738.

In San Juan, Puerto Rico this 12th day of October, 2010.

                                                                                           s/Daniel R. Domínguez<br>
                                                                                           DANIEL R. DOMINGUEZ<br>
                                                                                          United States District Judge