UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Oriental Bank & Trust<br><br>**Plaintiff**<br><br>        Vs.<br><br>M/V "BIBI," her engines, tackle, furniture, apparel, appurtenance, tools, pumps, radar, electronic accessories, etc. <u>in rem</u>; JOSE M. DEL RIO JIMENEZ AND LUZ I. VELEZ ESTRADA, <u>in personam</u><br><br>**Defendants** | CIVIL NO.09-2240 (DRD)<br><br>IN ADMIRALTY<br>IN REM and IN PERSONAM |

**AMENDED ORDER FOR EXECUTION**

Upon the motion filed by the plaintiff for the execution of the judgment, Docket No. 21, and the *Order* of August16, 2010, Docket No. 23, and it appearing from the Court docket and from the plaintiff's *Emergency Motion For Execution Of Judgment*, Docket No. 31, that defendants have not paid the *Judgment* to the plaintiff;

And it appearing further that 14 days have elapsed from the entry of the judgment;

**IT IS HEREBY ORDERED:**

1. That the United States Marshal proceed forthwith and sell at public auction to the highest bidder the Property referred to in the Verified Complaint and described herein as

1

M/V "BIBI," together with her engines, tackle, furniture, apparel, appurtenance, tools, pumps, radar, electronic accessories, etc. (the "*Property*"). The sale should be in the manner and form provided in this Order, and shall be held in the office of the United States Marshal for this District in the Federico Degetau Federal Building.

2. Notices of the sale shall be published by the United States Marshal at least three (3) times during the period of time consisting of fourteen (14) days prior to the date of the sale, in a newspaper printed regularly and having a general circulation on the island of Puerto Rico as required by Local Admiralty Rule E(13).

3. The minimum bid for the Property to be auctioned shall be the amount of the Judgment issued by this Court for $77,763.11.

4. The United States Marshal at the sale shall not accept in payment for the Property to be sold anything but United States currency or certified checks, except in the case the Property be sold and adjudicated to the Plaintiff, in which case the amount of bid made by the plaintiff shall be credited and deducted from its credit; the Plaintiff being bound to pay in cash or certified check only any excess of its bid over the secured indebtedness then remaining unsatisfied.

5. The United States Marshal may, either personally or by some person designated by him to act in his name and by his authority, adjourn the sale from time to time without further publication.

6. Upon the confirmation of the sale by this Court, the United States Marshal shall execute and deliver a deed of conveyance of the Property to be sold to the purchaser of the Property.

   **IT IS SO ORDERED.**

Given in San Juan, Puerto Rico, this 12th day of October, 2010.

                                        s/Daniel R. Domínguez
                                        DANIEL R. DOMINGUEZ
                                        U.S. DISTRICT JUDGE